JAMES CHITTENDEN *versus* SARAH MACOMB, TRUSTEE OF THE CHILDREN AND LEGAL REPRESENTATIVES OF WILLIAM MACOMB, DECEASED.

JOURNAL ENTRIES (1831): *Journal 4:* (1) Motion to dissolve injunction *p. 479; (2) demurrer argued, submitted *p. 486; (3) demurrer sustained, decree *p. 496.

PAPERS IN FILE: (1) Bill of complaint, order for injunction; (2) bond for injunction; (3) writ of subpoena and return; (4) motion to dissolve injunction; (5) demurrer to bill of complaint; (6) memo. of authorities.

*Chancery Case* 142 of 1831.